An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65444 ✓

DEANN WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65482

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of proper person notices of appeal. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Appellant's notices of appeal fail to designate any appealable decisions of the district court. Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-15589

cc:    Hon. Rob Bare, District Judge
DeAnn Wiesner
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk